UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GURNEK SINGH, et al.,

        Plaintiffs,

v.

US DEPARTMENT OF STATE, et al.,

        Defendants.

C18-1210 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' Joint Status Reports, docket nos. 10 & 11, indicating that good cause exists for additional time to submit a Joint Status Report, the parties are hereby DIRECTED to file a Joint Status Report on or before May 31, 2019.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 17th day of April, 2019.

                                William M. McCool
                                Clerk

                                s/Karen Dews
                                Deputy Clerk

MINUTE ORDER - 1