# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

GURNEK SINGH, et al.,

      Plaintiffs,

  v.

U.S. DEPARTMENT OF STATE, et al.,

      Defendants.

C18-1210 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' Joint Status Report, (docket no. 13), indicating that good cause exists for additional time to submit a Joint Status Report, the parties are hereby DIRECTED to file a Joint Status Report on or before June 14, 2019.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 3rd day of June, 2019.

                                          William M. McCool
                                          Clerk

                                          s/Karen Dews
                                          Deputy Clerk

MINUTE ORDER - 1