UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GURNEK SINGH and PAWAN DEEP KAUR,

Plaintiffs,

v.

US DEPARTMENT OF STATE, and MICHAEL R. POMPEO, in his official capacity as Secretary of State,

Defendants.

C18-1210 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the Joint Status Report submitted by the parties, docket no. 15, the Court SETS the following dates and deadlines:

| | |
|---|---|
| Defendants' dispositive motion (not to exceed 24 pages in length) shall be noted for September 22, 2019, and filed by | July 25, 2019 |
| Plaintiffs' response and cross-motion (not to exceed 48 pages in length) shall be noted for September 22, 2019, and filed by | August 22, 2019 |
| Defendants' reply and response to cross-motion (not to exceed 36 pages in length) shall be filed by | September 13, 2019 |

MINUTE ORDER - 1

| Plaintiffs' reply (not to exceed 12 pages in length) shall be filed by | September 22, 2019 |

(2) A copy of this Minute Order shall be mailed to all counsel of record.

Dated this 21st day of June, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk
