UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GURNEK SINGH, et al.,

        Plaintiffs,

  v.

US DEPARTMENT OF STATE, et al,

        Defendants.

C18-1210 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendants' Motion for Summary Judgment, docket no. 17 and Plaintiffs' Cross Motion for Summary Judgment, docket no. 20 are DEFERRED and RENOTED to November 8, 2019.

(2) Within fourteen (14) days of the date of this Minute Order, Defendant shall provide for *in camera* review of documents 13-14; 36-49; and 52-55 as numbered in Defendants' *Vaughn* index, docket 18-1. These documents shall be electronically filed *ex parte* and under seal, by reference to this Minute Order and without the need for any motion or stipulation to seal. Both redacted and unredacted versions of documents 13-14 shall be filed.

(3) Within fourteen (14) days of this minute order, Defendants are DIRECTED to: (1) Supplement the descriptions of documents 13-14; 36-49; and 52-55 in Defendants' *Vaughn* index, docket 18-1 to further describe each document and explain the basis for the claimed exception; and (2) Date every document in the *Vaughn* index.

MINUTE ORDER - 1

(4)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 25th day of October, 2019.

                          William M. McCool
                          Clerk

                          s/Karen Dews
                          Deputy Clerk